# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOSEPH FRANCIS WOODARD,<br><br>　　　　　　Defendant. | Case No.: 16cr1608-JAH<br><br>**ORDER GRANTING JOINT MOTION TO WITHDRAW GUILTY PLEA** |

Pursuant to the agreement of the parties, and the reasons set forth in the parties' joint motion, the Court orders that the previous guilty plea and accompanying plea agreement entered on June 22, 2017, be withdrawn so that the parties may enter into a Veterans Diversion Program plea agreement before Magistrate Judge William V. Gallo.

Time is excluded in the interest of justice pursuant to the Speedy Trial Act between June 22, 2017, to the date of this Order.

DATED: January 14, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE